UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>           Defendant. | Civil Action No. 20-2074 (BAH) |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiffs National Community Reinvestment Coalition, Montana Fair Housing, Texas Low Income Housing Information Service, City of Toledo, Empire Justice Center, and Association for Neighborhood and Housing Development and Defendant Consumer Financial Protection Bureau jointly move to stay proceedings for 45 days.

Plaintiffs filed their motion for summary judgment on December 11, 2020. On January 25, 2021, the Court granted Defendant's unopposed motion for an extension of time to file its response and cross-motion for summary judgment until February 12, 2021. As Defendant explained in its motion for an extension, between the time Plaintiffs filed their brief and Defendant's brief was due, Defendant underwent a leadership change. Following Kathleen Kraninger's resignation as Director of the Bureau on January 20, 2021, President Joseph Biden appointed David Uejio as the Bureau's Acting Director. Defendant thus requested additional time in order to afford the Bureau's Acting Director time to consider and review this litigation.

The Acting Director is still reviewing this litigation and the rule that gave rise to it, and, after conferring, the parties agree that it is appropriate to stay these proceedings for 45 days. In

light of the possibility the Bureau may decide to undertake further rulemaking activity potentially affecting the challenged rule, such a stay would promote efficiency and conserve judicial resources. At the conclusion of the stay, the parties will file a joint status report reflecting their positions on whether an additional stay would be appropriate or propose a schedule for further proceedings in this case.

Dated: February 5, 2021

Respectfully submitted,

/s/ Adam Pulver
Adam R. Pulver (D.C. Bar No. 1020475)
Michael T. Kirkpatrick (D.C. Bar No. 486293)
Allison M. Zieve (D.C. Bar No. 42486)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

MARY McLEOD
General Counsel
JOHN R. COLEMAN
Deputy General Counsel
LAURA M. HUSSAIN
Assistant General Counsel
CHRISTOPHER DEAL
Senior Counsel

/s/ Joseph Frisone
JOSEPH FRISONE (Va. Bar No. 90728)
Counsel
Consumer Financial Protection Bureau
1700 G Street, NW
Legal Division
Washington, D.C. 20552
Telephone: (202) 435-9287
Fax: (202) 435-7024

Joseph.Frisone@cfpb.gov

*Counsel for Defendant*