UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Defendant. | Civil Action No. 20-2074 (BAH) <br><br> Chief Judge Beryl A. Howell |

**ORDER**

Upon consideration of plaintiffs' Motion for Summary Judgment, ECF No. 14; defendant's Cross-Motion for Summary Judgment, ECF No. 18; the memoranda, declarations, and administrative record submitted in support and opposition; and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that plaintiffs' Motion for Summary Judgment, ECF No. 14, is GRANTED IN PART and DENIED IN PART.  The motion is GRANTED as to the loan-volume reporting threshold for closed-end mortgage loans contained in the Consumer Financial Protection Bureau's Final Rule, *Home Mortgage Disclosure (Regulation C)*, 85 Fed. Reg. 28364 (May 12, 2020) (the "2020 Rule"), and DENIED in all other respects; it is further

**ORDERED** that defendant's Cross-Motion for Summary Judgment, ECF No. 18, is GRANTED IN PART and DENIED IN PART.  The motion is GRANTED as to the loan-volume reporting threshold for open-end lines of credit contained in the 2020 Rule and DENIED in all other respects; it is further

**ORDERED** that the 2020 Rule is hereby VACATED as to the loan-volume reporting threshold for closed-end mortgage loans; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED.**

*This is a final and appealable order.*

Date:  September 23, 2022

                                                                                           _____
BERYL A. HOWELL
Chief Judge